**ROYAL INDEMNITY COMPANY, Appellant, v. R. S. SPROUL, Trustee of the Estate of Morris Samuel PERELSTINE, Trading as Carter Shoe Company, Bankrupt, Appellee.**

No. 4476.

Circuit Court of Appeals, Third Circuit.

Feb. 6, 1931.

See, also, 15 F.(2d) 64; 19 F.(2d) 408.

Frank K. Willmann, of Pittsburgh, Pa., for appellant.

Sidney J. Watts and Lewis M. Alpern, both of Pittsburgh, Pa., for appellee.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and THOMPSON, District Judge.

PER CURIAM.

The order of the District Court [44 F. (2d) 62] is affirmed on Judge Schoonmaker's opinion.

**Oliver P. SERFASS, Plaintiff-Appellee, v. LEHIGH VALLEY RAILROAD COMPANY, Defendant-Appellant.**

No. 193.

Circuit Court of Appeals, Second Circuit.

Jan. 19, 1931.

Alexander & Green, of New York City (Clifton P. Williamson and Herbert S. Ogden, both of New York City, of counsel), for appellant.

John C. Robinson, of New York City (Morris A. Wainger, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**SHOICHI YOKOMIZO, Appellant, v. UNITED STATES of America, Appellee.**

No. 6259.

Circuit Court of Appeals, Ninth Circuit.

Feb. 16, 1931.

Before RUDKIN, WILBUR, and SAWTELLE, Circuit Judges.

PER CURIAM.

Ordered appeal dismissed pursuant to motion of appellant; mandate forthwith.

**STEAMER SQUANTUM CO., Inc., Owner of THE Steamer SQUANTUM, Libelant-Appellee, v. JAKOBSON & PETERSEN DRY DOCK COMPANY, Inc., Respondent-Appellant.**

No. 124.

Circuit Court of Appeals, Second Circuit.

Jan. 5, 1931.

Thomas F. Peterson, of New York City (William F. Purdy and John E. Purdy, both of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.